# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2016
_____

United States of America

*Plaintiff - Appellee*

v.

Vicente V. Young

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau
_____

Submitted: November 8, 2024
Filed: November 14, 2024
[Unpublished]
_____

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.
_____

PER CURIAM.

Vicente Young appeals the within-Guidelines sentence the district court[1] imposed after he pled guilty to being a felon in possession of a firearm. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

Counsel moved for leave to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was unconstitutional and substantively unreasonable. Upon careful review, this court concludes that Young's constitutional challenge under *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022), has been rejected by this circuit. *See United States v. Anderson*, 771 F.3d 1064, 1066-67 (8th Cir. 2014) (de novo review of constitutionality of federal statute); *United States v. Jackson*, 110 F.4th 1120, 1125–26 (8th Cir. 2024) (rejecting argument that 18 U.S.C. § 922(g)(1) is unconstitutional on its face and as applied after *Bruen*). Next, this court concludes that the district court did not impose a substantively unreasonable sentence, as it properly considered the 18 U.S.C. § 3553(a) factors; there is no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors; and the upward variance was based on an individualized assessment of the facts. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse of discretion review); *United States v. Anderson*, 90 F.4th 1226, 1227 (8th Cir. 2024) (district court has wide latitude in weighing relevant factors); *United States v. Miner*, 544 F.3d 930, 932 (8th Cir. 2008) (on appeal, reviewing court may presume sentence within properly calculated guidelines range is reasonable).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

The judgment is affirmed and counsel's motion to withdraw is granted.

_____